IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| CHATTEM, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.: 6:01-CV-183-ORL-31-JGG |
| | § | |
| ICON NUTRITION RESEARCH | § | |
| INDUSTRIES, INC., | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION FOR EXTENSION OF TIME FOR DISCLOSURE OF EXPERT REPORTS AND MEMORANDUM OF LAW

Plaintiff, Chattem, Inc. ("Chattem"), through its undersigned attorneys, hereby requests this Court to allow a brief extension for the disclosure of expert reports in this case, and as grounds therefor would show as follows:

1. In response to Plaintiff's Motion to Compel, Defendant has agreed to produce certain information which is necessary for Plaintiff's experts to review prior to submitting their expert reports.

2. Additionally, a hearing on those portions of Plaintiff's Motion to Compel to which Defendant has not agreed to provide discovery scheduled for August 23, 2002.

3. Plaintiff has brought suit claiming false and deceptive advertising by Defendant with respect to its over-the-counter topical analgesic product known and referred to as P-K-5.

ORL#562088.011

4. The current deadline for the disclosure of expert witness reports is September 3, 2002 for Plaintiff and October 4, 2002 for Defendant.

5. Plaintiff's experts will not be able to prepare reports until they receive the information which Defendant has now agreed to produce as well as any information the Court would order produced pursuant to Plaintiff's Motion to Compel.

6. The parties have agreed to extend the disclosure of expert witness reports so that Plaintiff's reports are due 30 days after they receive the last discovery from Defendant. Defendant's expert reports would, consistent with the prior scheduling agreement, be due approximately 30 days thereafter.

7. Trial in this case is currently set for the trial term beginning April 7, 2003, with a pre-trial conference scheduled for March 26, 2003. These dates will not have to be changed or extended due to the extension for disclosure of expert reports.

8. In accordance with Local Rule 3.01, the undersigned certifies that Defendant's counsel agrees with the relief requested in this Motion.

9. This Motion is timely made and is not made for any purpose of delay but the legitimate reasons set forth above.

WHEREFORE, Plaintiff requests the Court enter an Order extending the deadline for its expert witness reports through 30 days after production of discovery from Defendant (whether voluntary or court ordered) with the Defendant being allowed 30 days thereafter for its expert reports.

ORL#562088.01

_[signature]_

DANIEL C. JOHNSON
Florida Bar Number 522880
CARLTON FIELDS, P.A.
P.O. Box 1171
Orlando FL   32802-1171
Telephone:   (407) 849-0300
Facsimile:   (407) 648-9099
Attorneys for Plaintiff, CHATTEM, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by U.S. Mail on August 22, 2002 upon Bruce A. Hanna, Esq., Jonathan D. Kaney, Jr., Esq., Jonathan D. Kaney, III, Esq., COBB COLE & BELL, 150 Magnolia Avenue, Post Office Box 2491, Daytona Beach, FL 32115-2491.

_[signature]_

Attorney

ORL#562088.01